AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Garwood, William L. | 2. Court or Organization<br><br>United States Court of Appeals for the Fifth Circuit | 3. Date of Report<br>14<br>6/16/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Judge - Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>903 San Jacinto, Room 300<br>Austin, Texas 78701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner (Joint Venturer) | U.S. 183 Venture (See Section VIII continuation) |
| 2. Member | Salvation Army, Austin, Texas, Advisory Board |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2010 JUN 21 A 9: 43 DISCLOSURE OFFICE FINANCIAL

Garwood, William L.

| Name of Person Reporting | Date of Report |
|---|---|
| Garwood, William L. | 6/15/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garwood, William L. | 14 6/15/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garwood, William L. | 6/16/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 26.666% General Partnership interest in U.S. 183 Venture | A | Rent | L | U | | | | | . |
| 2. | | | | | | | | | |
| 3. Assets held through Bank of America, Austin: | | | | | | | | | |
| 4. Individual Retirement Account: | | | | | | | | | |
| 5. -Columbia Cash Reserves Trust Class | A | Dividend | M | T | | | | | |
| 6. | | | | | | | | | |
| 7. Life insurance policy with Prudential Insurance Company | A | Dividend | J | T | | | | | |
| 8. | | | | | | | | | |
| 9. Bank of America account, Austin | A | Interest | K | T | | | | | |
| 10. Bank of America account, Austin | A | Interest | K | T | | | | | |
| 11. Bank of America account, Austin | A | Interest | M | T | | | | | |
| 12. Bank of America account, Austin | A | Interest | L | T | | | | | |
| 13. | | | | | | | | | |
| 14. T. Rowe Price Tax-Free Income Fund | C | Interest | L | T | | | | | |
| 15. T. Rowe Price New Income Fund - IRA | C | Dividend | K | T | | | | | |
| 16. | | | | | | | | | |
| 17. Dreyfus Municipal Bond Fund, Inc. | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garwood, William L. | 6/16/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Dreyfus Intermediate Municipal Bond Fund, Inc. | B | Interest | K | T | | | | | |
| 19. Dreyfus Municipal Bond Fund, Inc. | B | Interest | K | T | | | | | |
| 20. Dreyfus Intermediate Municipal Bond Fund, Inc. | B | Interest | K | T | | | | | |
| 21. | | | | | | | | | |
| 22. JPMorgan Chase Bank account, Austin | C | Interest | M | T | Buy | 03/10/09 | M | | |
| 23. | | | | | | | | | |
| 24. Interest-Salt Creek Triangle Syndicate-Cupertino, CA – – | D | Royalty | L | W | | | | | |
| 25. (Salt Creek Field, Natrona County, Wy) | | | | | | | | | |
| 26. Royalty Interest #1, Jackson County, CO | A | Royalty | J | W | | | | | |
| 27. | | | | | | | | | |
| 28. Royalty Interest #2, Natrona County, WY | B | Royalty | J | W | | | | | |
| 29. | | | | | | | | | |
| 30. Royalty Interest #3, Fremont County, WY | B | Royalty | J | W | | | | | |
| 31. | | | | | | | | | |
| 32. Royalty Interest #4, Sweetwater County, WY | B | Royalty | J | W | | | | | |
| 33. | | | | | | | | | |
| 34. Royalty Interest #5, Moffat County, CO | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garwood, William L. | 6/18/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. Royalty Interest #6, Moffat County, CO | A | Royalty | J | W | | | | | |
| 37. | | | | | | | | | |
| 38. Royalty Interest #7, Sweetwater County, WY | B | Royalty | J | W | | | | | |
| 39. | | | | | | | | | |
| 40. Royalty Interest #8, Sweetwater County, WY | A | Royalty | K | W | | | | | |
| 41. | | | | | | | | | |
| 42. Royalty Interest #9, Sweetwater County, WY | A | Royalty | J | W | | | | | |
| 43. | | | | | | | | | |
| 44. Royalty Interest #10, Sweetwater County, WY | A | Royalty | J | W | | | | | |
| 45. | | | | | | | | | |
| 46. Mineral Interest #11, Undivided interest in 2.95097% mineral | | None | J | W | | | | | |
| 47. interest in various surveys in Brooks County, TX | | | | | | | | | |
| 48. | | | | | | | | | |
| 49. Royalty Interest #12, Natrona County, WY | A | Royalty | J | W | | | | | |
| 50. | | | | | | | | | |
| 51. Mineral Interest #13, One-sixth undivided interest in tract | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garwood, William L. | 6/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. of land in Pike County, KY | | | | | | | | | |
| 53. | | | | | | | | | |
| 54. Royalty interest #1-10 & 12 are overriding royalties | | | | | | | | | |
| 55. | | | | | | | | | |
| 56. Investments held through Merrill Lynch: | | | | | | | | | |
| 57. -Merrill Lynch Ready Assets Trust | C | Dividend | P1 | T | | | | | |
| 58. -Municipal Investment Trust Fund - 10th PUT Series | A | Interest | J | T | | | | | |
| 59. -Merrill Lynch Ready Assets Trust | A | Dividend | J | T | | | | | |
| 60. -Merrill Lynch Ready Assets Trust | C | Dividend | P1 | T | | | | | |
| 61. -Municipal Investment Trust Fund - 10th PUT Series | A | Interest | J | T | | | | | |
| 62. | | | | | | | | | |
| 63. Undivided 10/12ths of undivided acreage out of the east half | | None | J | W | | | | | |
| 64. of the J. Devore League, possibly surface only, | | | | | | | | | |
| 65. Liberty County, Texas | | | | | | | | | |
| 66. | | | | | | | | | |
| 67. Investments held through Bank of America (account 1): | | | | | | | | | |
| 68. -Columbia Intermediate Municipal Bond Fund Class Z | E | Interest | O | T | | | | | |

| 1. Income Gain Codes: | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| (See Columns C1 and D3) | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,000 - $25,000,000 | |
| | P3 –$25,000,001 - $50,000,000 | | P4 –More than $50,000,000 | | |
| 3. Value Method Codes | Q –Appraisal | R –Cost (Real Estate Only) | S –Assessment | T –Cash Market | |
| (See Column C2) | U –Book Value | V –Other | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garwood, William L. | 6/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Altera Corp Common | C | Dividend | N | T | | | | | |
| 70. -Emerson Elec Co Common | E | Dividend | O | T | | | | | |
| 71. -Johnson & Johnson Common | E | Dividend | O | T | | | | | |
| 72. -Pepsico Inc Common | E | Dividend | O | T | | | | | |
| 73. -Diageo Plc-Spr Adr (UK-USD) Common | E | Dividend | O | T | | | | | |
| 74. -Abbott Labs Common | D | Dividend | N | T | | | | | |
| 75. -Bank of America Corp Common | A | Dividend | M | T | | | | | |
| 76. -Coca Cola Co Common | D | Dividend | N | T | | | | | |
| 77. -General Mills Inc Common | D | Dividend | N | T | | | | | |
| 78. -Texas St Pub Fin Auth Rev Bds 5.5% Due 2/1/11 | D | Interest | M | T | | | | | |
| 79. -Applied Materials Inc. Common | C | Dividend | M | T | | | | | |
| 80. -Agilent Technologies Inc Common | | None | M | T | | | | | |
| 81. -Pfizer Inc Common | D | Dividend | M | T | Buy (add'l) | 10/21/09 | K | | |
| 82. -Qualcomm Inc Common | D | Dividend | O | T | | | | | |
| 83. -Federal Home Ln Bks Cons Bd Due 1/20/09 | C | Interest | | | Matured | 01/20/09 | L | B | |
| 84. -Galveston Cnty Tex CTFS Oblig-OID Due 2/1/11 | D | Interest | M | T | | | | | |
| 85. -Galveston Cnty Tex CTFS Oblig-OID Due 2/1/09 | B | Interest | | | Matured | 02/02/09 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garwood, William L. | 14 6/15/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -College Station Tex G.O. Impt Bds-OID Due 2/15/10 | D | Interest | M | T | | | | | |
| 87.  -College Station Tex G.O. Impt Bds-OID Due 2/15/11 | D | Interest | N | T | | | | | |
| 88.  -Sheldon Tex ISD G.O. Sch Bldg & Ref Bds-OID Due 2/15/11 | D | Interest | M | T | | | | | |
| 89.  -Baytown Tex Wtr & Swr Rev 3.0% Due 2/1/09 | B | Interest | | | Matured | 02/02/09 | M | A | |
| 90.  -Exxon Mobil Corp Common | E | Dividend | O | T | | | | | |
| 91.  -ISHARES Inc, MSCI Australia Index Rd | E | Dividend | N | T | | | | | |
| 92.  -SLM Corp Mtn Ser | C | Interest | M | T | | | | | |
| 93.  -Laredo Tex ISD Pub FAC Corp Due 8/1/10 | C | Interest | M | T | | | | | |
| 94.  -Dominion Res Inc VA New Common | E | Dividend | N | T | | | | | |
| 95.  -Ft Worth Tex Wtr & Swr Rev GO Ref Bds-OID 3.0% Due 2/15/10 | C | Interest | M | T | | | | | |
| 96.  -McKinney Tex Indpt Sch Dist Ref Bds 3.5% Due 2/15/11 | D | Interest | M | T | | | | | |
| 97.  -Columbia Tax-Exempt Reserves Trust Class | C | Interest | O | T | | | | | |
| 98.  -Bank Amer Corp (formerly Merrill Lynch & Co Inc Preferred) | D | Interest | M | T | | | | | |
| 99.  -Duke Energy Corp Common | D | Dividend | M | T | | | | | |
| 100.  -JP Morgan Chase & Co Common | B | Dividend | N | T | | | | | |
| 101.  -Morgan Stanley Common | B | Dividend | M | T | | | | | |
| 102.  -Comal TX Indpt Sch Dist Due 2/1/15 | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garwood, William L. | 6/18/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Huntsville Tex Indpt Sch Dist GO Due 2/15/17 | D | Interest | M | T | | | | | |
| 104. -San Antonio Tex 2006 Obligs-OID Due 2/01/19 | C | Interest | M | T | | | | | |
| 105. -Plano Tex Indpt Sch Dist for GO Ref BDS-OID Due 2/15/18 | C | Interest | M | T | | | | | |
| 106. -Gregory Portland Tex Indpt Sch GO Ref BDS Due 2/15/13 | C | Interest | M | T | | | | | |
| 107. -Caterpillar Inc Common | D | Dividend | N | T | | | | | |
| 108. -Spectra Energy Corp Common (Spinoff from Duke Energy Corp) | D | Dividend | M | T | | | | | |
| 109. -UBS AG Common | D | Dividend | M | T | | | | | |
| 110. -Baytown Tex GO Bds 4.0% due 2/1/20 | D | Interest | M | T | | | | | |
| 111. -Houston Tex Cmnty College Sys 4.0% due 2/15/21 | C | Interest | M | T | | | | | |
| 112. -Tomball Tex Indpt Sch Dist 4.0% due 2/15/21 | D | Interest | M | T | | | | | |
| 113. -Denton Cnty Tex 4.0% due 7/15/19 | D | Interest | M | T | | | | | |
| 114. -Deere & Co. | C | Dividend | M | T | | | | | |
| 115. -Magnolia Tex Indpt Sch Dist 5.0% due 8/15/22 | C | Interest | M | T | | | | | |
| 116. -Petroleo Brasileiro SA Petrobr Spons ADR | C | Dividend | N | T | | | | | |
| 117. -Bexar Cnty Tex HSG Fin Corp MU Rev Bds 5.875% due 4/1/14 | | None | L | T | Buy | 10/06/09 | M | | |
| 118. -Uptown Dev Auth Tex Tax Increm Rev Bds 4.0% due 9/1/16 | | None | L | T | Buy | 10/29/09 | L | | |
| 119. -Brazos River Auth Tex Rev Ref Rev Bds 4.25% due 12/1/17 | A | Interest | L | T | Buy | 11/24/09 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garwood, William L. | 14<br>6/1/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. -Shiner Tex Tax Rev Bds-OID 4.0% due 9/1/19 | | None | L | T | Buy | 12/10/09 | L | | |
| 121. -Harris Cnty Tex Health FACS DE Rev Bds-OID 5.2% due 5/15/20 | C | Interest | L | T | Buy | 02/17/09 | M | | |
| 122. | | | | | Sold (part) | 05/15/09 | K | | |
| 123. -Nacogdoches Cnty TX Hosp Sales Tax Bds-OID 4.15%due 5/15/20 | A | Interest | M | T | Buy | 11/09/09 | M | | |
| 124. | | | | | | | | | |
| 125. Investments held through Bank of America (account 2): | | | | | | | | | |
| 126. -Federal Farm Cr Bks Cons Bd 5.64% Due 4/4/11 | D | Interest | M | T | | | | | |
| 127. -Greenville Tex ISD GO Sch Bldg & Ref Bds Due 8/15/09 | C | Interest | | | Matured | 08/17/09 | M | | |
| 128. -Brazoria Cnty Tex Mun Util Dis GO Bds 3.8% Due 9/1/09 | C | Interest | | | Matured | 09/01/09 | L | A | |
| 129. -Cedar Park Tex GO Bds-OID 4.3% Due 2/15/10 | D | Interest | M | T | | | | | |
| 130. -Denison Tex Wtrwks & Swr Rev Ref Bds 4.15% Due 9/1/10 | C | Interest | M | T | | | | | |
| 131. -Denton Tex Util Sys Rev Bds OID 4.25% Due 12/1/10 | D | Interest | M | T | | | | | |
| 132. -Laredo Tex ISD Ref Sch Bldg Bds OID 4.2% Due 8/1/11 | C | Interest | L | T | | | | | |
| 133. -Texas St Pub Fin Auth Rev Bds-OID 4.375% Due 11/1/11 | C | Interest | L | T | | | | | |
| 134. -Abilene Tex GO Bds-OID 4.4% Due 2/15/12 | D | Interest | M | T | | | | | |
| 135. -Tomball Tex ISD GO Sch Hse & Ref Bds 4.4% Due 2/15/12 | D | Interest | M | T | | | | | |
| 136. -Ennis Tex GO Ref & Impt Bds-OID 4.4% Due 8/1/12 | D | Interest | M | T | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garwood, William L. | 6/18/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. -Galveston Cnty Tex CTFS Oblig-OID 4.6% Due 2/1/13 | D | Interest | M | T | | | | | |
| 138. -Cedar Park Tex Util Sys Rev Bds-OID 4.625% Due 8/15/13 | C | Interest | M | T | | | | | |
| 139. -Allen Tex GO Bds-OID 4.6% Due 9/1/14 | D | Interest | M | T | | | | | |
| 140. -Travis Cnty Tex GO Rd Bds-OID 5.0% Due 3/1/19 | D | Interest | M | T | | | | | |
| 141. -Arlington Tex Wtr & Wastewater Rev 4.0% Due 6/1/15 | D | Interest | M | T | | | | | |
| 142. -Fort Bend Cnty Tex Perm Impt Bds 3.25% Due 9/1/10 | C | Interest | M | T | | | | | |
| 143. -LaPorte Tex Indpt Sch Dist GO Due 2/15/14 | D | Interest | N | T | | | | | |
| 144. -Columbia Cash Reserves Trust Class | A | Int./Div. | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Section 1: The U.S. 183 Venture (the "Venture") is a joint venture in which I am one of several joint venturers; the Venture does not and did not engage in active business, and its sole function is and was ownership, related maintenance, leasing (and possible disposition) of a single tract of land (which was acquired in August 1982, is located in Travis County, Texas, and is and was essentially unimproved, except for tenant house, associated outbuildings, fences and the like) held as a passive investment; it had and has a "managing venturer," at all times a person other than myself; my relationship with it is and has been only as a passive investor.

Section VII, Line 56: Respecting all fractional overriding royalty interests (royalty interest #'s 1-10 & 12) in mineral leases as listed on pages 5, 6 and 7 (lines 28-56 of Section VII), [    ] owns these interests and acquired them by inheritance many years ago and neither [  ] nor I is or was a party to any of the leases (or assignments) or instruments creating the interests, and [  ] interest is entirely passive; I do not consider that my [  ] (or I) has or had, by virtue of [  ] ownership of these royalty interests, any financial interest in any entity making the royalty payments or being the mineral lessee or operator of the lease in question.

| Name of Person Reporting | Date of Report |
|---|---|
| Garwood, William L. | 6/15/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544